**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                  Plaintiff,<br><br>      v.<br><br>**JOSE LUIS ZAMBRANO, ET AL.**<br><br>                  Defendant. | CR NO: 1:17-CR-00164 LJO SKO (02) |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | JUAN CARLOS LOPEZ aka Juan Rubio Lopez |
| Detained at: | Lerdo Max-Med Facility |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>        charging detainee with: SEE ATTACHMENT "A" FOR LIST OF CHARGES |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ BRIAN K. DELANEY |
| Printed Name & Phone No: | BRIAN K. DELANEY (661) 489-6150 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 25, 2017              /s/ *Barbara A. McAuliffe*
                                       Honorable Barbara A. McAuliffe
                                       U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Juan Carlos Rubio | ☒Male ☐Female | |
| Booking or CDC #: | SO2184587 | DOB: | 10/25/88 |
| Facility Address: | 17645 Industrial Farm Rd, Bakersfield | Race: | White/Latino |
| Facility Phone: | (661) 391-2064    CA 93308 | FBI#: | 535561PC5 |
| Currently | | | |

**RETURN OF SERVICE**

Executed _____                                    _____
                                                                    (signature)

## ATTACHMENT A

## Charges re Juan Carlos Lopez

21 U.S.C. §§846 & 841(A)(1) – Conspiracy To Distribute And Possess With Intent To Distribute Methamphetamine And Heroin [Count 1]

18 U.S.C. § 924(C)(1)(A) Carrying A Firearm In Relation To A Drug Trafficking Crime [Count 9]

21 U.S.C. §§ 853, 881(A), 881(A)(6) - Criminal Forfeiture