PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17 CR 00164 JLT-SKO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER |
| v. | |
| JUAN CARLOS LOPEZ, aka Juan Rubio, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Indictment as to Defendant JUAN CARLOS LOPEZ, aka Juan Rubio, only based on post-indictment delay and insufficient evidence.

///

///

///

///

///

///

Motion to Dismiss; Order

DATED: September 13, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/   *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant U.S. Attorney

## **ORDER**

Upon application of the United States of America having filed a Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Indictment against Defendant JUAN CARLOS LOPEZ, aka Juan Rubio, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **September 16, 2024**

UNITED STATES DISTRICT JUDGE

Motion to Dismiss; Order